UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER THOMAS, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:18-CV-2160-G |
| FCA US, LLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The parties having advised the court that this case has been settled, it is **ORDERED** that the final judgment or order of dismissal be presented for entry by **December 16, 2019**.  If it is not, then the case will be subject to dismissal.

October 18, 2019.

_____
A. JOE FISH
**Senior United States District Judge**