UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER THOMAS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| FCA USA, LLC, | ) | 3:18-CV-2160-G |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

The court has been informed by the parties that the above styled and numbered cause has been settled. Therefore, all claims by all parties in this action are **DISMISSED** with prejudice, subject to reopening within sixty (60) days if the settlement is not consummated.

**SO ORDERED**.

January 9, 2020.

_____
A. JOE FISH
**Senior United States District Judge**